1  Michael Patrick Rooney, Esq., California Bar No. 248491
   **MICHAEL ROONEY LAW OFFICE**
2  580 California Street, Floor 16
   San Francisco, California 94104
3  Telephone:   (415) 533-0282
   Facsimile:   (415) 704-3321
4  Email:       mike@mikerooneylaw.com

5  Attorneys for Plaintiffs
   PETER AND STEPHANIE NEWSOM

6

7  **BRYAN CAVE LLP**
   James Goldberg, California Bar No. 107990
8  Stephanie A. Blazewicz, California Bar No. 240359
   Two Embarcadero Center, Suite 1410
9  San Francisco, California 94111
   Telephone:   (415) 675-3400
10 Facsimile:   (415) 675-3434
   Email:       james.goldberg@bryancave.com
11 Email:       stephanie.blazewicz@bryancave.com

12 Attorneys for Defendant
   COUNTRYWIDE HOME LOANS, INC.
13 AND RECONTRUST COMPANY, N.A.

14

15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18
   PETER AND STEPHANIE NEWSOM,              Case No. C 09-05288 SBA
19
           Plaintiffs,
20                                          **STIPULATION TO ALLOW**
       vs.                                  **PLAINTIFFS TO FILE A SECOND**
21                                          **AMENDED COMPLAINT AND EXTEND**
   COUNTRYWIDE HOME LOANS, INC.;            **THE TIME FOR COUNTRYWIDE**
22 RECONTRUST COMPANY, N.A.,                **HOME LOANS, INC., AND**
   BANKERS ALLIANCE INC- JOHN               **RECONTRUST COMPANY, N.A., TO**
23 WHITESIDE, OLD REPUBLIC TITLE            **RESPOND TO SECOND AMENDED**
   COMPANY, and DOES 1-20, inclusive        **COMPLAINT**
24

25         Defendants.

26

27

28

STIPULATION TO SECOND AMENDED COMPLAINT – Case No. 09-05288 SBA

1  This Stipulation is entered into by Plaintiffs PETER AND STEPHANIE NEWSOM
2  ("Plaintiffs") and Defendants COUNTRYWIDE HOME LOANS, INC. ("CHL") and
3  RECONTRUST COMPANY, N.A. ("ReconTrust") (collectively "Defendants").

4  WHEREAS, on November 6, 2009, CHL removed this case from the Superior Court of
5  California, County of San Mateo, to the United States District Court, Northern District of California;

6  WHEREAS, pursuant to Local Rule 6-1(a) of the Northern District of California, Plaintiffs
7  granted Defendants an extension until December 4, 2009 to respond to the First Amended
8  Complaint;

9  WHEREAS, pursuant to this Court's Standing Order, counsel for Plaintiffs and Defendants
10 met and conferred regarding Defendants' intended Motion to Dismiss the First Amended Complaint;

11 WHEREAS, Plaintiffs and Defendants agreed that Plaintiffs may file a Second Amended
12 Complaint;

13 NOW, THEREFORE, Plaintiffs and Defendants desire and hereby **STIPULATE** as follows:

14 1.   Plaintiffs shall have until, and including, January 11, 2010 to file a Second Amended
15 Complaint.

16 2.   Defendants shall have until, and including, February 1, 2010 to respond to the
17 Second Amended Complaint.

18 **IT IS SO STIPULATED.**

19

20 Dated:  December 3, 2009          **MICHAEL ROONEY LAW OFFICE**

21
                                    By:   /s/ Michael Rooney
22                                        Michael Rooney
                                          Attorney for Plaintiffs
23                                        PETER AND STEPHANIE NEWSOM

24 Dated:  December 3, 2009          **BRYAN CAVE LLP**

25
                                    By:   /s/ Stephanie A. Blazewicz
26                                        Stephanie A. Blazewicz
                                          Attorneys for Defendants
27                                        COUNTRYWIDE HOME LOANS, INC.
                                          AND RECONTRUST COMPANY, N.A.
28

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

**ORDER**

Having reviewed the Stipulation of Plaintiffs PETER AND STEPHANIE NEWSOM ("Plaintiffs") and Defendants COUNTRYWIDE HOME LOANS, INC. and RECONTRUST COMPANY, N.A. (collectively "Defendants"), and good cause appearing, IT IS ORDERED THAT:

1. Plaintiffs shall have until, and including, January 11, 2010 to file a Second Amended Complaint.

2. Defendants shall have until, and including, February 1, 2010 to respond to the Second Amended Complaint.

Dated: _12/8/09                                                   _____
                                                                  United States District Court Judge Saundra B. Armstrong