**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Stephanie A. Blazewicz, California Bar No. 240359
2 Embarcadero Center, Suite 1410
San Francisco, California 94111
Telephone:   415-675-3400
Facsimile:   415-675-3434
Email:   james.goldberg@bryancave.com
         stephanie.blazewicz@bryancave.com

**BRYAN CAVE LLP**
Benjamin J.B. Allen, California Bar No. 261555
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:   (310) 576-2100
Facsimile:   (310) 576-2200
E-mail:   ben.allen@bryancave.com

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER AND STEPHANIE NEWSOM,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., RECONTRUST COMPANY, N.A., BANKERS ALLIANCE INC. – JOHN WHITESIDE, OLD REPUBLIC TITLE COMPANY, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 4:09-cv-05288-SBA<br><br>Honorable Saundra B. Armstrong<br><br>**JOINT STIPULATION EXTENDING DEFENDANT COUNTRYWIDE HOME LOANS, INC.'S TIME TO RESPOND TO SECOND AMENDED COMPLAINT; AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED, by and between Plaintiffs Peter and Stephanie Newsom ("Plaintiffs") and Defendant Countrywide Home Loans, Inc., ("Defendant"), through their undersigned counsel, as follows:

770361.1

WHEREAS, Plaintiffs and Defendant agree that judicial economy and the interests of the parties would be best served and promoted by allowing additional time for Defendant to respond to Plaintiff's Second Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendant, by and through their respective counsel that Defendant will respond to Plaintiff's Second Amended Complaint on or before February 8, 2010.

Plaintiffs and Defendant certify that there have been no prior extension requests relating to this pleading and based upon the above respectfully request that the Court approve the stipulation and sign the proposed order attached hereto.

Dated: February 1, 2010     **BRYAN CAVE LLP**

By:  /s/ Stephanie A. Blazewicz
Stephanie A. Blazewicz

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.

Dated: February 1, 2010     **LAW OFFICE OF TIFFANY R. NORMAN**

By:  Tiffany R. Norman
Tiffany R. Norman

Attorney for Plaintiffs
PETER NEWSOM and STEPHANIE NEWSOM

770361.1

2

STIPULATION RE: DEFENDANT'S RESPONSE

## [~~PROPOSED~~] ORDER

Having reviewed the Stipulation of Plaintiffs PETER and STEPHANIE NEWSOM, and Defendant COUNTRYWIDE HOME LOANS, INC., and good cause appearing, IT IS ORDERED THAT Defendant COUNTRYWIDE HOME LOANS, INC., shall have until, and including, February 8, 2010 to respond to the Second Amended Complaint.

Dated: 2/3/10

_Sandra B Armstrong_
Honorable Saundra B. Armstrong

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

770361.1