UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PETER AND STEPHANIE NEWSON,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTRYWIDE HOME LOANS, INC. DBA AMERICA'S WHOLESALE LENDER, MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC., BANKERS ALLIANCE INC., JULIE WHITESIDE, and DOES 1-20, inclusive,<br><br>    Defendants. | Case No:  C 09-5288 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

The following briefing schedule shall apply the motions pending in this action:

1.  **Plaintiff's Motion for Leave to File a Motion for Reconsideration As Per Local Rule 7-9:**  Defendants shall file their opposition or statement of non-opposition by no later than July 9, 2010.  No reply may be filed, unless otherwise ordered by the court.  The matter will be deemed submitted as of the date Defendants' response is due.

2.  **Defendants' Motion to Dismiss**:  Plaintiff's opposition or statement of non-opposition shall be filed by no than July 9, 2010.  **The failure to timely file an opposition may be construed as a consent to the granting of the motion**.  Defendants' reply shall be filed by no later than July 16, 2010.  The Court, in its discretion, may decide the motion without oral argument, pursuant to Federal Rule of Civil Procedure 78(b), in which case no appearance for the motion or Case Management Conference will be necessary.  The parties are advised to check the Court's website to determine whether a court appearance is required.

IT IS SO ORDERED.

Dated: June 23, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge