UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PETER AND STEPHANIE NEWSON,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTRYWIDE HOME LOANS, INC. DBA AMERICA'S WHOLESALE LENDER, MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC., BANKERS ALLIANCE INC., JULIE WHITESIDE, and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No:  C 09-5288 SBA<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**<br><br>Docket 54 |

　　　Good cause appearing,

　　　IT IS HEREBY ORDERED THAT:

　　　1.　Plaintiffs' unopposed motion for leave to file a Fourth Amended Complaint is GRANTED, subject to the conditions upon which the parties have agreed.  See Docket 57.

　　　2.　 Plaintiffs shall file their Fourth Amended Complaint by no later than August 30, 2010.

　　　3.　Defendants shall file a motion to dismiss or responsive pleading by no later than September 13, 2010.

　　　4.　If Defendants file a motion to dismiss, Plaintiffs shall file their response by September 27, 2010, and Defendants shall file their reply by October 4, 2010.  The motion and opposition shall not exceed fifteen pages, and the reply shall not exceed ten pages.  The hearing on the motion shall take place on **October 26, 2010 at 1:00 p.m.**  The Court may resolve the motion without oral argument.  The parties are advised to check the Court's website to determine whether an appearance is required.

5. The Case Management Conference previously scheduled for September 30, 2010, is CONTINUED to October 26, 2010, and shall follow the hearing on the motion to dismiss. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than five (5) days prior to the Case Management Conference. The statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement.

6. The hearing scheduled for October 19, 2010, for Plaintiffs' motion for leave to amend is VACATED.

7. This Order terminates Docket 54.

IT IS SO ORDERED.

Dated: August 24, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge