|   |   |
|---|---|
| PETER AND STEPHANIE NEWSON,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC. DBA AMERICA'S WHOLESALE LENDER, MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC., BANKER'S ALLIANCE INC., JULIE WHITESIDE, and DOES 1-20, inclusive,<br><br>Defendants. | Case No: C 09-5288 SBA<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

Having read and considered Plaintiffs' response to the Court's Order to Show Cause, Dkt. 105, 106, and finding good cause therefrom,

IT IS HEREBY ORDERED THAT:

1. The Order to Show Cause filed on July 6, 2012, is DISCHARGED.

2. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs are granted thirty (30) days from the date this Order is filed to effect service of process on Banker's Alliance and Julie Whiteside. Within thirty-five (35) days of the date this Order is filed, Plaintiffs shall submit proof to the Court that both of these defendants have been properly served. The failure to comply with this Order will result in the dismissal of the action as to the remaining defendants.

3. The Case Management Conference scheduled for September 5, 2012 is CONTINUED to October 11, 2012 at 3:15 p.m. Prior to the date scheduled for the

1  conference, the parties shall meet and confer and prepare a joint Case Management
2  Conference Statement which complies with the Standing Order for All Judges of the
3  Northern District of California and the Standing Orders of this Court.  Plaintiffs shall
4  assume responsibility for filing the joint statement no less than five (5) days prior to the
5  conference date.  Plaintiffs' counsel is to set up the conference call with all the parties on
6  the line and call chambers at (510) 637-3559.  NO PARTY SHALL CONTACT
7  CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.
8      IT IS SO ORDERED.
9  Dated: September 5, 2012

           _____
           SAUNDRA BROWN ARMSTRONG
           United States District Judge