UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PETER AND STEPHANIE NEWSON,<br><br>  Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC. DBA AMERICA'S WHOLESALE LENDER, MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC., BANKERS ALLIANCE INC., JULIE WHITESIDE, and DOES 1-20, inclusive,<br><br>  Defendants. | Case No:  C 09-5288 SBA<br><br>**ORDER STRIKING DEFENDANT WHITESIDE'S MOTION TO DISMISS** |

On December 18, 2012, the Clerk entered the default of Defendant Julie Whiteside ("Whiteside").  Dkt. 120.  On the same day Plaintiffs filed a motion for default judgment against Whiteside (as well as Defendant Bankers Alliance) which the Court has since referred to Magistrate Judge Nandor Vadas for a report and recommendation.  Dkt. 121, 122.

On January 15, 2013, Whiteside filed a pro se motion to dismiss for improper service, pursuant to Federal Rule of Civil Procedure 12(b)(5).  Dkt. 124.  The entry of default cuts off a defendant's right to appear in an action.  Schwarzer, Tashima & Wagstaffe, Fed. Civ. P. Before Trial, § 6:42 at 6-9 (TRG 2012) (citing Clifton v. Tomb, 21 F.2d 893, 897 (4th Cir. 1927)).  Thus, Whiteside's motion to dismiss is improper.  Whiteside's remedy is to file a motion to set aside the entry of default, pursuant to Federal Rule of Civil Procedure 55(c).  See Great Am. Ins. Co. v. M.J. Menefee Constr., Inc., No. CV F 06-0392 AWI DLB, 2006 WL 2522408 (E.D. Cal. Aug. 29, 2006).  Accordingly,

1     IT IS HEREBY ORDERED THAT Whiteside's motion to dismiss shall be

2 STRICKEN from the record.  The Clerk shall strike Docket 124 and 125.

3     IT IS SO ORDERED.

4 Dated: January 16, 2013

                                          */s/ Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PETER AND STEPHANIE NEWSOM et al,

    Plaintiff,

v.

COUNTRYWIDE HOME LOANS INC et al,

    Defendant.
_____/

Case Number: CV09-05288 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Julie Whiteside
1212 Sterns Drive
Los Angeles, CA 90035

Dated: January 17, 2013

    Richard W. Wieking, Clerk

    By: Lisa Clark, Deputy Clerk