UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PETER NEWSOME AND STEPHANIE NEWSOME,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC. DBA AMERICA'S WHOLESALE LENDER, et al.,<br><br>Defendants. | Case No: C 09-5288 SBA<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

This Court previously scheduled a telephonic Case Management Conference for March 21, 2013, and ordered Plaintiffs' counsel to set up the call. Dkt. 122. Plaintiffs failed to call in, as ordered, and the Case Management Conference did not proceed. The failure to comply with the Federal Rules of Civil Procedure, the Local Rules of the Court or any Court Order is grounds for dismissal of this action under Federal Rule of Civil Procedure 41(b). See Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992). Accordingly,

IT IS HEREBY ORDERED THAT the parties shall show cause why the instant action should not be dismissed under Rule 41(b) for failure to comply with a Court order. By no later than March 28, 2013, the parties shall file a Certificate of Counsel to explain why the case should or should not be dismissed. The Certificate shall set forth the nature of the cause, its present status, the reason it has not been brought to trial or otherwise terminated, any basis for opposing dismissal and its expected course if not dismissed. FAILURE TO FULLY COMPLY WITH THIS ORDER WILL BE DEEMED SUFFICIENT GROUNDS TO DISMISS THE ACTION, WITHOUT FURTHER NOTICE.

IT IS SO ORDERED.

Dated: March 21, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge