UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| FRANCISCO J. MEDINA,<br><br>        Plaintiff,<br>  v.<br><br>DR. CLAIRE WILLIAMS, M.D.,<br>et al.,<br><br>        Defendants.<br>_____/ | No. 5:10-CV-3610 RMW (NJV)<br><br>NOTICE AND ORDER RE SETTLEMENT CONFERENCE IN PRO SE EARLY SETTLEMENT PROGRAM |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference is scheduled in this case for February 26, 2014, at 10:00 am. at the United States Courthouse at 450 Golden Gate Avenue in San Francisco, in Courtroom D.

Lead trial counsel shall appear at the settlement conference with the parties and persons having **full authority** to negotiate and settle the case. **A person who needs to call another person not present before agreeing to any settlement does not have full authority. To the extent that such consultations are necessary, they must be made in advance of the settlement conference.**

Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

1  Any request to continue the settlement conference shall state the reason therefor and be
2 submitted in writing as soon as possible well in advance of the scheduled conference date.  Requests
3 to vacate the settlement referral must be made to the *referring* Judge, not Magistrate Judge Vadas.
4  The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this
5 case settles prior to the date set for the settlement conference.
6 IT IS SO ORDERED.

Dated: January 23, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2