UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| PETER NEWSOM, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BANKERS ALLIANCE INC., et al.,<br><br>    Defendants. | Case No. 09-cv-05288-SBA (NJV)<br><br>**ORDER REQUIRING DEFENDANT WHITESIDE TO PROVIDE PHONE RECORDS**<br><br>Re: Dkt. No. 194 |

Defendant Julie Whiteside represented that she has access to phone records substantiating her arguments. The court ordered Whiteside to provide those phone records on or before January 17, 2014. On January 21, 2014, Whiteside filed a declaration stating that she had requested the phone records but had not yet received them, and that they "will be filed once they have arrived." Doc. No. 197. As of the date of this order, Whiteside has not provided the records.

No later than February 17, 2014, Whiteside shall provide the phone records or file a declaration detailing why she has not yet been able to do so.

**IT IS SO ORDERED**.

Dated: February 3, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge