1

2

3

4

UNITED STATES DISTRICT COURT

5

FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

OAKLAND DIVISION

7

8

PETER NEWSOM AND STEPHANIE NEWSOM,

9

Plaintiffs,

10

vs.

11

BANKERS ALLIANCE, COUNTRYWIDE HOME LOANS, INC. DBA

12

AMERICA'S WHOLESALE LENDER, MORTGAGE ELECTRONIC

13

REGISTRATION SYSTEMS, INC., BANKERS ALLIANCE INC., JULIE

14

WHITESIDE, and DOES 1-20, inclusive,

15

Defendants.

Case No:  C 09-5288 SBA

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND DISMISSING ACTION**

16

17

        Magistrate Judge Nandor Vadas ("Magistrate") previously recommended that the

18

Court issue an order to show cause why the action should not be dismissed as to Defendant

19

Julie Whiteside ("Whiteside") for failure to serve her with summons and the complaint

20

within 120 days, as required by Federal Rule of Civil Procedure 4(m).  The Court adopted

21

the recommendation and issued an order to show cause, which was later discharged based

22

upon representations by Plaintiffs' counsel regarding his allegedly diligent efforts to serve

23

Whiteside.

24

        In July 2013, Whiteside filed a pro se motion to dismiss under Rule 12(b)(5) in

25

which she argued that the action should be dismissed based on Plaintiffs' failure to comply

26

with Rule 4(m).  The Court referred the motion to the Magistrate for a report and

27

recommendation.  In his Report and Recommendation, the Magistrate recommended

28

denying the motion based on the Court's prior order discharging the order to show cause

1  under Rule 4(m), but expressed skepticism with respect to Plaintiffs' alleged good faith

2  efforts to properly serve Whiteside.  As a result, on November 15, 2013, the Court issued

3  an Order of Reference to the Magistrate for a report and recommendation as to whether:

4  "(1) the Court should reconsider its prior decisions discharging the order to show cause and

5  finding "good cause" to grant Plaintiffs an extension of time under Rule 4(m) to serve

6  Whiteside; and (2) the Court should now dismiss the action as to Whiteside under Rule

7  4(m), her motion to dismiss, or any other basis."  Dkt. 189.

8           On February 20, 2014, after conducting an evidentiary hearing and considering the

9  parties' written submissions, the Magistrate issued a Report & Recommendation Re:

10  Reconsideration of Decision Discharging Order to Show Cause which states, in pertinent

11  part, as follows:

12               [The Magistrate] recommends that the district court rescind its
                order discharging the order to show cause, find there was no
13               good cause for the delay, and order the case against Whiteside
                be dismissed under Rule 4(m).  Because the statute of
14               limitations has run on Plaintiffs' claim, the undersigned
                recommends that the case be dismissed with prejudice, as any
15               amendment would be futile.

16  Dkt. 205 at 11.

17           A party has fourteen days from service of the recommended disposition to file

18  objections thereto.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).  The Magistrate served

19  his report and recommendation on February 20, 2014, meaning that any objections were

20  due by March 6, 2014.  No objections were filed by that date.  In the absence of a timely

21  objection, the Court "need only satisfy itself that there is no clear error on the face of the

22  record in order to accept the recommendation."  Fed. R. Civ. P. 72 advisory committee

23  notes (1983) (citing Campbell v. U.S. Dist. Court, 501 F.2d 196, 206 (9th Cir. 1974)); see

24  also United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("The

25  statute [28 U.S.C. § 636(b)(1)(C)] makes it clear that the district judge must review the

26  magistrate judge's findings and recommendations de novo *if [an] objection is made*, but not

27  otherwise.").  The Court has reviewed the record on its face and finds no clear error.

28  Accordingly,

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     IT IS HEREBY ORDERED THAT the Magistrate's report and recommendation (Dkt. 205) is ACCEPTED and shall become the Order of this Court.  For the reasons set forth in the report and recommendation, the Court vacates its Order Discharging Order to Show Cause (Dkt. 109) and dismisses the instant action with prejudice pursuant to Rule 4(m).

     IT IS SO ORDERED.

Dated: March 7, 2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge