UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PETER NEWSOM AND STEPHANIE NEWSOM,<br><br>         Plaintiffs,<br><br>   vs.<br><br>BANKERS ALLIANCE, COUNTRYWIDE HOME LOANS, INC. DBA AMERICA'S WHOLESALE LENDER, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANKERS ALLIANCE INC., JULIE WHITESIDE, and DOES 1-20, inclusive,<br><br>         Defendants. | Case No:  C 09-5288 SBA<br><br>**JUDGMENT** |

   In accordance with the Court's Order dismissing the action with prejudice as to Defendant Julie Whiteside,

   IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendant Whiteside.

   IT IS SO ORDERED.

Dated: March 7, 2014

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge